UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

ALEXIS PATRICIO BRITO BRITO,            )
                                        )
                Petitioner,             )
                                        )
        v.                              )    Case No. 2:26-cv-104
                                        )
PATRICIA HYDE, ACTING DIRECTOR OF       )
BOSTON FIELD OFFICE, U.S.               )
IMMIGRATION AND CUSTOMS                 )
ENFORCEMENT, ENFORCEMENT; TODD M.       )
LYONS, ACTING DIRECTOR, U.S.            )
IMMIGRATION AND CUSTOMS                 )
ENFORCEMENT; MARKWAYNE MULLIN,          )
SECRETARY OF THE U.S. DEPARTMENT        )
OF HOMELAND SECURITY; AND WILLIAM       )
LAMON, SUPERVISOR IN CHARGE OF          )
CBP BEECHER FALLS STATION,              )
                                        )
                Respondents.            )

**ORDER**

Petitioner Alexis Patricio Brito Brito has filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241.  ECF No. 1. This Court issued a temporary restraining order on March 27, 2026, ordering that Petitioner shall not be removed from the District of Vermont.  ECF No. 2.  On April 2, 2026, the Court held a status conference.  At the conference, the Court extended the temporary restraining order for good cause, and that same day set a hearing for April 13, 2026, the day the temporary restraining order would expire.

The Court is now moving the date of the hearing to Thursday, April 16.  Accordingly, the Court extends the temporary restraining order (ECF No. 2) until April 16th.  This extension is made for good cause for the same reasons stated in the initial order (ECF No. 2) and at the status conference on April 2nd, and the extension is within the time frame contemplated by Federal Rule of Civil Procedure 65(b)(2), as 28 days have not yet passed.

DATED at Burlington, in the District of Vermont, this 10th day of April 2026.

/s/ William K. Sessions III
Hon. William K. Sessions III
U.S. District Court Judge