UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| ALEXIS PATRICIO BRITO BRITO, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>PATRICIA HYDE, ACTING DIRECTOR OF )<br>BOSTON FIELD OFFICE, U.S. )<br>IMMIGRATION AND CUSTOMS )<br>ENFORCEMENT, ENFORCEMENT; TODD M. )<br>LYONS, ACTING DIRECTOR, U.S. )<br>IMMIGRATION AND CUSTOMS )<br>ENFORCEMENT; MARKWAYNE MULLIN, )<br>SECRETARY OF THE U.S. DEPARTMENT )<br>OF HOMELAND SECURITY; AND WILLIAM )<br>LAMON, SUPERVISOR IN CHARGE OF )<br>CBP BEECHER FALLS STATION, )<br>)<br>Respondents. ) | Case No. 2:26-cv-104 |

**ORDER**

A hearing in this matter is scheduled on April 16, 2026, at 1:30 p.m.  If Petitioner intends to request a remedy of immediate release pending a bond hearing, then Petitioner should be prepared to address whether there are extraordinary circumstances that make immediate release necessary to make the habeas remedy effective—including risk of flight or danger to the community.  *See Castro Guaman v. Trump, et al.*, No. 26-cv-73 (D. Vt. Mar. 20, 2026) (ECF No. 10).

Additionally, counsel for the Petitioner shall be prepared to discuss Local Rule 83.1(b), which governs the admission of

attorneys *pro hac vice*.  Specifically, counsel should be prepared to address Local Rule 83.1(b)(2)(B)(iv).[1]

DATED at Burlington, this 14th day of April 2026.

/s/William K. Sessions III
Hon. William K. Sessions III
U.S. District Court Judge

---

[1] This provision states in full that:

The attorney has not been denied admission to, been disciplined by, resigned from, surrendered his or her license to practice before, or withdrawn an application for admission to practice before this court or any other court, while facing a disciplinary complaint; or, if the visiting attorney cannot so state, then the visiting attorney must describe in full the circumstances of any complaint, denial, discipline, resignation, surrender, or withdrawal, including the reasons therefor, any penalty, sanction or other discipline imposed, whether the discipline was satisfied, and whether the attorney is currently in good standing in the relevant jurisdiction(s).

Local Rule 83.1(b)(2)(B)(iv).