UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

ALEXIS PATRICIO BRITO BRITO,        )
                                    )
                Petitioner,         )
                                    )
        v.                          )       Case No. 2:26-cv-104
                                    )
PATRICIA HYDE, ACTING DIRECTOR OF   )
BOSTON FIELD OFFICE, U.S.           )
IMMIGRATION AND CUSTOMS             )
ENFORCEMENT, ENFORCEMENT; TODD M.   )
LYONS, ACTING DIRECTOR, U.S.        )
IMMIGRATION AND CUSTOMS             )
ENFORCEMENT; MARKWAYNE MULLIN,      )
SECRETARY OF THE U.S. DEPARTMENT    )
OF HOMELAND SECURITY; AND WILLIAM   )
LAMON, SUPERVISOR IN CHARGE OF      )
CBP BEECHER FALLS STATION,          )
                                    )
                Respondents.        )

## ORDER

The Court issued an Opinion and Order on April 16, 2026. ECF No. 20.  Since that time, the Court has not received any status updates or notices from the parties.  The Court therefore ORDERS that by Friday, July 24, 2026, the parties shall either: (1) submit a joint stipulation of dismissal; or (2) submit a joint status report informing the Court of the nature of any remaining issues that need to be adjudicated.

DATED at Burlington, in the District of Vermont, this 13th day of July 2026.

/s/ William K. Sessions III
Hon. William K. Sessions III
U.S. District Court Judge